**Donald Devan EDWARDS, Petitioner—Appellant,**

**v.**

**Patricia R. STANSBERRY, Warden, LSCI Butner, NC, Respondent— Appellee.**

No. 05–6951.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 24, 2006.

Donald Devan Edwards, Appellant Pro Se.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. *See* Local Rule 36(c).

PER CURIAM:

Donald Devan Edwards, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Edwards v. Stansberry,* No. CA–05–267–5 (E.D.N.C. June 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*